# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>401 Linwood Avenue, Durham, NC | )<br>)<br>)<br>)<br>)<br>)    Case No. 1:25MJ 65 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

  See Attachment A

located in the _____ **Middle** _____ District of _____ **North Carolina** _____ , there is now concealed *(identify the person or describe the property to be seized)*:

  See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C.1951 | Interference with Commerce by Robbery (Hobbs Act) |

The application is based on these facts:
See Affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of \_\_\_\_\_ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

 

| |
|---|
| */s/ Eric Nye* |
| *Applicant's signature* |
| Eric Nye, Special Agent, FBI |
| *Printed name and title* |

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this Application for a search warrant in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date:   **3/3/2025**

City and state:   Winston-Salem, NC

| |
|---|
| *Judge's signature* |
| Hon. Joi Elizabeth Peake, U.S. Magistrate Judge |
| *Printed name and title* |

# UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE SEARCH OF ) 
THE PREMISES LOCATED AT )   Case No. 1:25MJ ⎿65
401 LINWOOD AVENUE, )
DURHAM, NORTH CAROLINA )

## **AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT**

Eric S. Nye, Special Agent (SA), Federal Bureau of Investigation (FBI), Charlotte Division (CE), Raleigh-Durham Resident Agency, Cary, NC, being duly sworn, states the following:

### **INTRODUCTION**

1.   I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18 U.S.C. § 2516.

2.   I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2006.  I have authored, executed, and/or participated in over fifty search and seizure warrants for illegal narcotics and related paraphernalia.  I have participated in the operation and execution of over thirty Federal and State Title III orders.  I have arrested and/or participated in the arrest of over 100 persons for violations of State and Federal narcotics statutes. I am currently assigned to investigate violent gangs in the Durham metropolitan area as a member of the FBI's Raleigh-Durham Safe Streets Task Force

1

(RDSSTF) and have received over 100 hours of specialized training in the area of illegal narcotics and violent street gangs. Additionally, through my investigation of gangs and gang members, I have become familiar with how individuals obtain, transport, store, and conceal firearms.

3. Additionally, in my capacity as an investigator of violent gangs, I have become extremely familiar and experienced with investigating Hobbs Act robberies and armed home invasions of business owners. Based on this knowledge and experience your affiant knows that persons will often maintain possession of distinctive clothing items that link them to these robberies as they are unaware of those items being of evidentiary value. Additionally, these suspects will maintain social media accounts that will often document them in the same distinctive clothing used during the robbery.

4. Further, based on training, knowledge, and experience your affiant knows that evidence of firearms possession will often be maintained in a person's residence and/or vehicle. Specifically, items such as receipts, gun boxes, ammunition boxes, firearm cleaning supplies, range gear, and records of range use will often be maintained in those locations. Additionally, items, such as cellphone and laptops, used to facilitate the research of firearms, types of ammunition to be used, range locations, and other firearms specific questions will be maintained on such electronic devices, including photograph of firearms, ammunition, and firearms related information.

5. This affidavit is made in support of an application for a warrant to search the premises located at **401 Linwood Avenue, Durham, North Carolina** (the "SUBJECT PREMISES"), which is located in Durham County, within the Middle District of North

2

Carolina. This affidavit is based upon information I have gained through this investigation, as well as information from other law enforcement officers and individuals associated with this investigation. I have set forth facts that I believe are necessary to establish probable cause to believe that evidence of violations of Title 18, United States Code, Section 1951 is stored within the above-mentioned premises located at 401 Linwood Avenue, Durham, North Carolina.

## DETAILS OF THE INVESTIGATION

6.     The FBI's Raleigh Durham Safe Streets Task Force (RDSSTF), having been advised of a rash of armed robberies in Durham and Apex on January 23, 2025, offered assistance to the local agencies in their investigation.

## 01/23/2025 - Robbery of Family Fare Convenience Store (Shell Gas Station) 3705 N. Duke St, Durham, NC

7.     On January 23, 2025, at approximately 0513 hrs, three males entered the Family Fare convenience store located at 3705 N. Duke St, Durham, NC, a business which operates in interstate commerce. Suspect #1 was identified as a light skinned male, wearing a black balaclava, Lakers tanktop, tattered black jeans, and black shoes. Suspect #1 (later identified as JOSE JONATHAN MEJIA BONILLA) was not wearing gloves and was brandishing a tan pistol with a black extended magazine.

8.     Suspect #2 (later identified as ANGEL MANUEL PORTILLO-ROMERO) was wearing a grey hooded sweatshirt over what appeared to be a burnt orange jacket, a black

3

balaclava over the burnt orange jacket hood, black shoes with a red mark on the heel, and a glove (identified as a General Utilities "Ironclad" glove) on only his right hand. Suspect #2 was wearing a safety vest under his jacket which protruded from the bottom of the jacket.

9. Suspect #3 (later identified as JOSE DANIEL CARTAGENA-JUAREZ aka DANIEL JUAREZ) wore plaid pajama pants, a black jacket, and a pink cloth over his head and face. Pictured below are images of BONILLA, pointing his gun at the clerk, PORTILLO-ROMERO, stealing the cash from the first register behind BONILLA, and JUAREZ (plaid pants) walking out of the store having stolen cases of beer:



10. The three suspects took approximately $320 from the register, cigarettes, and other items.

11. During this robbery, security cameras captured the getaway vehicle, later identified as a Honda Accord, sitting in wait on the adjacent road. The vehicle was running and presumed to be occupied by MICHAEL JAFETH MENDOZA VELASQUEZ[1].

---

[1] During the February 7, 2025, interview with BONILLA, he confirmed that VELASQUEZ, JUAREZ, and PORTILLO-ROMERO accompanied him on the January 23, 2025, robberies in Durham and Apex.

## 01/23/2025 - Robbery of Family Fare Convenience Store (BP Gas Station) 1815

## Hillandale Rd, Durham, NC

12. On January 23, 2025, at approximately 0525 hours, three males entered the Family Fare convenience store located at 1815 Hillandale Rd, Durham, NC, a business which operates in interstate commerce. BONILLA was again wearing a black balaclava, Lakers tank top, tattered black jeans, and black shoes (same clothing from the robbery of the Family Fare on Duke St that occurred approximately 10 minutes prior).

13. BONILLA, again was not wearing gloves, was brandishing a tan pistol with a black extended magazine. During this robbery he fired a round into the wall next to the clerk which appears to have been an attempt to intimidate the clerk and secure his compliance.

14. PORTILLO-ROMERO was wearing a grey hooded sweatshirt over what appeared to be a burnt orange jacket, a black balaclava over the burnt orange jacket hood, black shoes with a red mark on the heel, and a glove (identified as a General Utilities "Ironclad" glove) on only his right hand. PORTILLO-ROMERO was wearing a safety vest under his jacket which protruded from the bottom of the jacket (same clothing from the robbery of the Family Fare on Duke St that occurred approximately 10 minutes prior).

15. Suspect #4 (later identified as MICHAEL JAFETH MENDOZA VELASQUEZ) was wearing a grey hooded sweatshirt and jeans[2]. He was wearing a grey covering over his face. This hooded sweatshirt was determined to be from Neuse Retriever Club.

16. During this robbery, BONILLA and PORTILLO-ROMERO went behind the counter, detained the clerk, and took cash from the tills. VELASQUEZ walked the store and at one point approached and patted down a female customer that was trapped in the store during the robbery. VELASQUEZ took multiple drinks and other foods items.

17. BONILLA and PORTILLO-ROMERO behind the counter pointing a firearm at the clerk, and stealing money from the till; and, VELASQUEZ stealing items from the store are pictured below:



18. The suspects stole approximately $150 and various food items from the store.

---

[2] Suspect #3 (JUAREZ), who previously wore plaid pajama pants, a black jacket, and a pink cloth over his head and face did not enter the store during this robbery and is presumed to have stayed in the getaway vehicle (Honda Accord).

6

**1/23/2025 – Robbery of Circle K, 705 E. Williams St, Apex, NC**

19.   On January 23, 2025, at approximately 0750 hours, two males entered the Circle K Convenience Store in Apex, NC, a business which operates in interstate commerce. Suspect #1 (BONILLA) was wearing the same clothes from the Durham robberies but had put a black North Face hooded sweatshirt over his Lakers shirt. Suspect #2 (PORTILLO-ROMERO) was wearing the same clothes from the Durham robberies and holding the same Nike black backpack on his chest. Below is an image of both suspects entering the store.



20.   Both suspects waited until the clerk made a transaction at the POS register, and had the till open, and then forced their way behind the counter. Both BONILLA and PORTILLO-ROMERO possessed and displayed firearms. They immediately started clearing the cash out of both POS registers while pointing firearms at the two clerks. The audio from the security video recorded one of the suspects stating, "*Don't do anything stupid…give me the money.*" They then told the clerks, "*You all better not do nothing stupid…anything stupid you all do will cost you your life!*"

21.   Below are images taken from the security cameras that overlook the POS locations. The images documented PORTILLO-ROMERO, with only a gloved right hand,

holding a pistol with a laser/light attachment, stealing the money from the till and shoving it into his Nike backpack.



22.  The two left the store while displaying firearms and yelling (unintelligible) at incoming customers so the customers would get out of their way. When the two exited the store, a plain clothes detective with the Apex Police Department was approaching the entrance. Realizing the commotion, he opened the door, and the clerk quickly confirmed that they had just been robbed.

23.  The detective quickly returned to his vehicle to call out the robbery and attempt to follow the two suspects. He pulled his vehicle over to the northeast corner of the parking lot to the adjacent road (Wren Street). The two suspects, having ran to their waiting getaway vehicle, had already fled the area.

24.  A canvass of the neighborhood revealed a private security camera at a residence that fronts Wren Street. The camera captured a grey Honda Accord with heavy tint leaving the scene. That vehicle was also observed by a responding officer a few blocks away. The officer identified it as suspicious due to the tint and noted, as he was responding the Circle

K, that the vehicle had a paper tag displayed. The vehicle, captured on the private security camera, is depicted below:



25. The two stole approximately $308 from the store.

## Identification of JOSE MEJIA BONILLA (Suspect #1)

26. On January 23, 2025, officers with the Durham Police Gang Unit observed an Instagram account that had recently posted a story. This account, identified as *3l_chelito504*, was displaying a picture of a light skinned male, wearing a balaclava, a North Face hooded sweatshirt, tattered jeans, black shoes, and displaying cash and a tan firearm loaded with a black extended magazine. This image matched the images of the male, initially documented as Suspect #1, that had perpetrated all three armed robberies described above. Specifically, the images of Suspect #1 during the armed robbery of the Circle K in Apex in which he was wearing a black North Face hooded sweatshirt match exactly. Additionally, in review of the images it was observed that there were blue underclothes at the exposed left knee of the tattered jeans. In the Instagram photos and a still image from security the blue left knee is clearly visible. The two images are displayed below for comparison:

9



27.   The Instagram account purported to belong to "JOSE BONILLA." A search of law enforcement records identified JOSE MEJIA BONILLA, date of birth 10/04/2004, as living in Rochelle Manor in Durham, NC. Specifically, BONILLA, during multiple police interactions as a juvenile, and with North Carolina Department of Motor Vehicles, listed his address as 2917 Salvone Ct, Apt 104-5 (Building 5), Durham, NC.

28.   It was determined, through database searches, that BONILLA, was a Honduran citizen and living in the United States as a Legal Permanent Resident. Immigration documents were obtained along with photographs of BONILLA. Below are the images from U.S. Customs and Border Protection, the North Carolina Department of Motor Vehicles, and a close-up photo of Suspect #1 entering the Circle K in Apex, NC.

Case 1:25-mj-00065-JEP    Document 1    Filed 03/03/25    Page 11 of 33



## 1/30/2025 - Armed Robbery of Han-Dee Hugo, 2703 NC-55, Cary, NC

29.    On January 30, 2025, at approximately 0415 hrs, two armed Hispanic males entered the Han-Dee Hugo, 2703 NC-55, Cary, NC, a business which operates in interstate commerce. Suspect #1 (BONILLA), was wearing a black hooded sweatshirt with white stripes down the arms, grey sweatpants, red underwear exposed, black shoes, black balaclava, was wielding a pump shotgun[3]. When BONILLA entered the store, he charged the firearm (racked a round) to get the clerk's attention and then immediately pointed the firearm at the clerk. At the time the images were reviewed, agents had already identified Suspect #1 as JOSE MEJIA BONILLA. Agents were still in the process of investigating the three armed robberies committed on January 23, 2025 and had not yet identified the remaining suspects.

30.    Suspect #2 (PORTILLO-ROMERO), having entered the store prior to BONILLA, was wearing a blue Adidas sweatshirt with the hood over his head[4]. PORTILLO-ROMERO

---

[3] This firearm was seized at the time of BONILLA's arrest.
[4] This sweatshirt was worn by PORTILLO-ROMERO at the time of his arrest.

Case 1:25-mj-00065-JEP    Document 1    Filed 03/03/25    Page 12 of 33

was wielding a pistol[5] and also charged the pistol once BONILLA entered the store. PORTILLO-ROMERO immediately went behind the counter, swept the clerk aside, and began taking the cash drawer from the register.

31.    BONILLA jumped the counter and grabbed the clerk. The two suspects patted the clerk down and got into a heated argument as the clerk refused to let them take his cellphone from his pocket. In frustration, BONILLA levelled the shotgun at the clerk as if to shoot him. BONILLA appeared to realize that his accomplice, PORTILLO-ROMERO, was standing immediately behind the clerk he appeared ready to shoot. BONILLA pulled the shotgun up and then swung it to his right and discharged a round into the back wall containing the cigarette display.

32.    The clerk continued to argue that he wasn't going to let them take his phone as it was the only thing he had left. The two suspects then began to back out from behind the counter as PORTILLO-ROMERO grabbed cigarettes as they departed. They ran out of the store and PORTILLO-ROMERO grabbed a bag of chips on the way out. The total loss from the store amounted to approximately $55, multiple packs of cigarettes, and a bag of Doritos. Personal items were also stolen from the clerk.

33.    The two ran around the corner to their waiting getaway car. The vehicle, being pointed against traffic on Highway 55, attracted the attention of a Wake County Sheriff's Deputy on patrol. The deputy, unaware that the occupants had just committed an armed

---

[5] This "pistol" was seized at the time of BONILLA's arrest, and when PORTILLO-ROMERO successfully fled from law enforcement, and was determined to be an AirSoft pistol and therefore not a firearm.

robbery, approached the vehicle head on with his patrol car. The driver of the grey Dodge Ram truck, later identified as KEVIN LARA-HERNANDEZ, fled westbound. The deputy pursued them with emergency lights and sirens. The truck, exceeding speeds of 100 mph, fled to the Durham County line where the deputy, unaware of the crime, terminated the chase.

34. Below are images of BONILLA and PORTILLO-ROMERO during the robbery of the Han-Dee Hugo in Cary, NC.

 

35. During the investigation of this armed robbery, investigators requested the assistance of Durham Police Department Forensic Analyst (FA) in the downloading of the security video from the Han-Dee Hugo store. FA McFadden preserved this evidence for the robbery and then traveled back to Durham to continue his other assigned leads to download security video in Durham. During the review of video at the Cheek Road Minimart concerning a larceny that had occurred the previous day, FA McFadden observed the same suspects and vehicle from the Cary robbery. A review of the security video from the Minimart by investigators confirmed that the night prior to the Cary robbery,

13

BONILLA, and LARA-HERNANDEZ, fueled the Dodge Ram truck and purchased beer. This allowed investigators to confirm that BONILLA was the suspect in the Cary (Han-Dee Hugo) robbery wielding the shotgun. The images of BONILLA (middle), LARA-HERNANDEZ[6] (left), and the Dodge Ram truck (right) are shown below:



### 1-31-2025 Surveillance of Rochelle Manor

36. On January 31, 2025, investigators established surveillance in the vicinity Rochelle Manor, Durham, NC. Investigators observed the same Dodge Ram pick-up truck[7] used in the Han-Dee Hugo robbery traveling with LARA-HERNANDEZ driving and BONILLA in the passenger seat. The truck pulled up to building 5 in Rochelle and BONILLA exited the truck. He was wearing the same clothes that he wore for the Cary Han-Dee Hugo robbery the day prior.

---

[6] BONILLA and LARA-HERNANDEZ are wearing the same clothes in these images that they were wearing during the Cary (Han-Dee Hugo) robbery on January 30, 2025, and at the time of the pursuit, and their arrest, early in the morning of February 2, 2025.
[7] This Dodge Ram truck had a very distinctive black top of the cab and a Ram logo on the tailgate. Additionally, the vehicle was the same make, model, color, year, and was affixed with paper temporary tags.

37.　On the evening of February 1, 2025, the clerk of La Costena Market, was watching his security cameras and witnessed two masked individuals getting out of a pick-up truck and run towards the store.



38.　The two entered the store and immediately pointed firearms at the clerk and demanded he open the door to the register area. When the clerk opened the door, BONILLA discharged a round from his shotgun into the floor. The two demanded all the money from the register. The two then ran out of the store and got into the waiting truck[8].

39.　As documented below, BONILLA was wearing the same clothes from the robbery that he would be arrested in the next morning. Additionally, at the time of his arrest, the same black shotgun was seized. PORTILLO-ROMERO, as documented below, was also wearing the same clothes from the robbery at the time of his arrest[9]. The same grey Dodge

---

[8] LARA-HERNANDEZ admitted to agents that he was the driver for this robbery.
[9] PORTILLO-ROMERO was wearing the blue Adidas sweatshirt from the Cary (Han-Dee Hugo) robbery. When taken off by law enforcement it revealed a second, grey sweatshirt, underneath that was worn to the Durham (La Costena Market) robbery. As documented in the picture, agents

Ram pick-up truck is also captured in security camera footage and was the same truck used by LARA-HERNANDEZ and seized by police after a lengthy chase early in the morning of February 2, 2025.



They stole approximately $600 and cigarettes from the store.

### 02/02/2025 – Arrest of JOSE MEJIA BONILLA and KEVIN LARA-HERNANDEZ in Franklinton, NC

40.   On February 2, 2025, officers of the Durham Police Department attempted to conduct a traffic stop of the Dodge Ram truck as it traveled through Durham with multiple occupants. The Durham Patrol units were made aware of the truck's use in multiple armed robberies by the DPD Robbery Unit.

41.   The driver, later identified as KEVIN LARA-HERNANDEZ, refused to yield to the officers and fled at a high rate of speed. The chase ended in Franklinton, NC (Wake County) when stop sticks were deployed in the multi-agency pursuit. The truck traveled

---

observed a very distinct cigarette burn mark on the shoulder of the grey hooded sweatshirt that was also captured on the security video from La Costena Market.

Case 1:25-mj-00065-JEP     Document 1     Filed 03/03/25     Page 17 of 33

off the road, traveled uncontrolled over railroad tracks, and came to a stop. Officers quickly apprehended BONILLA, who was still wearing the same clothes worn in the Cary (Han-Dee Hugo) robbery committed two days prior, and the Durham (La Costena Market) robbery committed the previous night. Additionally, they apprehended the driver, LARA-HERNANDEZ, who was also wearing the same sweatshirt as documented in the above-mentioned Cheek Road Minimart video. The third person in the truck, later identified as ANGEL MANUEL PORTILLO-ROMERO, fled the scene on foot and was not apprehended that night.

42. Below are images of BONILLA and LARA-HERNANDEZ when interviewed at DPD:

KEVIN LARA-HERNANDEZ          JOSE BONILLA

 

43. The Dodge Ram truck was secured and towed back to Durham, NC. A search warrant was obtained for the truck and was executed the same day by DPD Crime Scene Investigations. Recovered during the search of the vehicle were the following items:

- Stevens, 12-gauge, pistol-grip shotgun, serial number 214380Q (brandished, and discharged, during the Cary Han-Dee Hugo, and the Durham La Costena Market robberies.)
- Spent, and unspent, 12-gauge shotgun shells;

17

- Airsoft pistol designed to look like a Glock pistol (not a firearm) (used during the Cary (Han-Dee Hugo) robbery;
- A cash drawer from an unknown store register.

44.   At the time of his arrest, BONILLA was in possession of an iPhone, a bag containing a firearms magazine, and his wallet containing his Permanent Resident Card, and other items.

45.   A search warrant was obtained, from Durham County, for BONILLA's iPhone. On February 3, 2025, the phone extraction was provided to investigators.

**2/03/2025 Arrest of Suspect #2 (ANGEL MANUEL PORTILLO-ROMERO)**

46.   On February 3, 2025, a call was placed to the Franklinton Police Department (FPD) explaining that a man had just stolen a bicycle from the complainant's porch. The FPD arrived and found a man hiding in the woods. Once detained, the officers determined that this was the fugitive from Sunday's chase. They notified the FBI and confirmed that the male was the individual involved in multiple armed robberies in Wake and Durham counties.

47.   Agents arrived and conducted a digital fingerprint scan of PORTILLO-ROMERO and asked for his name and date of birth. He gave a different name and date of birth initially but indicated that he was in the United States illegally. When records returned on his fingerprints under the name of ANGEL MANUEL PORTILLO-ROMERO, date of birth 7/2002, he admitted that he initially provided a false name.

48.   PORTILLO-ROMERO was advised of his rights in Spanish and answered questions concerning his detention. He denied being involved in any robbery but when

18

shown an image from the Cary (Han-Dee Hugo) robbery, in which he was wearing the same clothes that he had on at that time of the interview, he smiled at the agents and laughed.

49.    Below are booking images of PORTILLO-ROMERO in which he is wearing the same blue Adidas hooded sweatshirt from the Cary (Han-Dee Hugo) robbery. Additionally, when this sweatshirt was taken off to collect as evidence, PORTILLO-ROMERO was wearing a second sweatshirt underneath. This grey sweatshirt had a very distinct cigarette burn mark on a shoulder. This was the same sweatshirt he was wearing during the Durham (La Costena Market) robbery on February 1, 2025. PORTILLO-ROMERO was also found to be in possession of multiple packs of cigarettes and cash. These evidence items were seized and placed into evidence by the FPD at the request of the FBI.



50.    Below are images of PORTILLO-ROMERO during the Cary robbery (left) and after his arrest on February 3, 2025 (right).

19



## CRIMINAL COMPLAINTS – BONILLA, PORTILLO-ROMERO, and LARA-HERNANDEZ

51.    On February 1, 2025, the Honorable Magistrate Judge Joi Peake, Middle District of North Carolina authorized criminal complaints for BONILLA, PORTILLO-ROMERO, and LARA-HERNANDEZ for violations of Title 18, U.S.C. §1951. On February 24, 2025 all three were indicted by a federal grand jury.

### Review of Instagram Instant Messages (JOSE BONILLA)

52.    On January 30, 2025, a search warrant in the Superior Court of Durham County was authorized for the content of Instagram account *3l_chelito504* known to be operated by JOSE BONILLA. On February 4, 2025, Instagram (Meta) provided the return for that account. A review showed that the user of the account (BONILLA) and *@danti50459* were in frequent contact.

53.    Additionally, in review of messages on BONILLA's phone extraction, investigators documented a high-frequency contact as the Instagram account

*@danti50459*, with display name of "Jonah Griffin." These conversations were centered on making runs for cash and purchasing ammunition.

## Review of JOSE BONILLA iPhone Extraction

54. As previously documented, a search warrant was obtained for the iPhone seized from BONILLA at the time of his arrest. In review of that extraction, investigators documented a high-frequency contact as Facebook account "Mendoza Jafeth". Specifically, in the early morning hours of January 23, 2025, the account "Mendoza Jafeth" was in contact with BONILLA. Specifically, this account, and BONILLA, had a four-minute call over Facebook at 0226 hrs. This call was followed by BONILLA sending pin drop location for 8 Atka Ct, Durham, NC. This was a few hours prior to the robberies committed in Durham on January 23, 2025. Based on training, knowledge, and experience your affiant believes that the user of the Facebook account, later identified as MICHAEL JAFETH MENDOZA VELASQUEZ, was coordinating with BONILLA to meet and facilitate the robberies on January 23, 2025[10].

## Review of Facebook Account "Mendoza Jafeth"

55. Investigators reviewed the publicly viewable page for Facebook account "Mendoza Jafeth." This page displayed photographs of the presumed owner of the account. In one of the photos investigators quickly realized that the individual was wearing the same shoes worn by Suspect #4 in the Family Fare robbery on Hillandale Rd in Durham on

---

[10] During the interview of BONILLA by the Apex Police, he admitted that VELASQUEZ was involved in the robberies and was the owner of that account. This is described more fully in section *Interview of JOSE BONILLA at Durham Jail.*

Case 1:25-mj-00065-JEP   Document 1   Filed 03/03/25   Page 22 of 33

January 23, 2025. This image from Facebook, and a cropped image of Suspect #4's shoes, are displayed below:



**Identification of Suspect #4 (MICHAEL JAFETH MENDOZA VELASQUEZ)**

56.  On February 6, 2025, photographs, posted to Facebook account "Mendoza Jafeth" were provided to NGI (Next Generation Identification Interstate Photo System[11]) to be queried in the facial recognition database. The NGI return provided the identity of MICHAEL JAFETH MENDOZ VELASQUEZ, date of birth May 28, 2003, from Honduras. The image that the system referenced was obtained from Department of Homeland Security. Specifically, VELASQUEZ's image was on file as he had been documented by Custom and Border Protection (CBP) in Eagle Pass, Texas in January 2024

---

[11] NGI is a FBI run facial recognition program.

as an "alien inadmissibility." The images below are taken from his Facebook page (left) and CBP (right).

 

### Identification of Suspect #3 (DANIEL JUAREZ)

57.     On February 6, 2025, photographs, posted to Instagram account *@danti50459* were provided to NGI (Next Generation Identification Interstate Photo System[12]) to be queried in the facial recognition database. The NGI return provided the identity of JOSE DANIEL CARTAGENA-JUAREZ aka DANIEL JUAREZ, date of birth November 27, 1997, from Honduras. The image returned was from the Durham County Sheriff's Office along with a Sur-13 gang validation from NCDOC. Additionally, the images were located during the search from local media's use of the booking photos. The articles that JUAREZ was listed in were entitled, "2 arrested for robbing same Durham convenience store twice", and "3 men charged with robbing the same Durham store twice in 2015."

58.     The following images were returned from the query:

---

[12] NGI is a FBI run facial recognition program.

Case 1:25-mj-00065-JEP    Document 1    Filed 03/03/25    Page 24 of 33



**3 men charged with robbing same Durham store twice in 2015**

Durham police charged three Durham men with robbing the same convenience store at gunpoint twice last year.

Posted 12:38 p.m. Jan 15, 2016 — Updated 9:17 p.m. Jan 18, 2016

59. A review of the address listed in CJLeads for JUAREZ, 2509 Ross Rd, Durham, NC, revealed that, as proffered by BONILLA, the Honda Accord used in the January 23, 2025 robberies belonged to "DANIEL." The street-view for this address by Google documents the Honda Accord (in 2022) parked at the family residence. This vehicle is pictured below:



60. A review JUAREZ criminal history revealed that he was incarcerated in NCDOC until January 9, 2021, at which time DHS deported him to Honduras.

24

## Interview of JOSE BONILLA at Durham Jail

61.   On February 7, 2025, Investigators with the Apex Police Department interviewed JOSE BONILLA at the Durham County Detention Center with a Spanish interpreter. BONILLA was advised of his rights and proffered that he was involved in the robberies on January 23, 2025, in Durham and Apex, NC. Additionally, BONILLA explained that on January 23, 2025, he was accompanied by ANGEL PORTILLO-ROMERO, "DANIEL", and "MICHAEL." BONILLA assisted detectives in navigating Facebook and explained that "DANIEL" did not have Facebook anymore but his girlfriend's account was "Tita MC". A check of that account revealed an image, documented below, of a female with a male later identified as DANIEL JUAREZ.



62. According to BONILLA, DANIEL (identified as JOSE DANIEL CARTAGENA-JUAREZ aka DANIEL JUAREZ) has "Daniel" tattooed[13] on one of his arms. BONILLA identified JUAREZ as the owner of the silver Honda Accord used during the three robberies on January 23, 2025.

63. BONILLA also assisted investigators in the identification of "MICHAEL." He directed investigators to the Facebook account "Mendoza Jafeth"[14]. This person was identified as MICHAEL JAFETH MENDOZA VELASQUEZ. During the interview, BONILLA identified VELASQUEZ and JUAREZ as cousins. BONILLA confirmed that all four individuals involved in the January 23, 2025[4] robberies received proceeds from those robberies.

**JOSE DANIEL CARTAGENA-JUAREZ aka DANIEL JUAREZ - Geolocation**

64. On February 10, 2025, a Pen Order was authorized in the Superior Court for Durham County on *@danti50459* account on Instagram. That return showed that he validated the Instagram account with telephone number 984-317-9411 in November 2024.

65. A pen register order was obtained for the telephone number. The telephone and tower records, once reviewed by an FBI CAST agent, revealed that JUAREZ was in the area of all three robberies, at the time of the robberies on January 23, 2025.

---

[13] North Carolina Department of Adult Corrections documented that JUAREZ had a tattoo of "Daniel" on his right arm.
[14] The identification of MICHAEL VELASQUEZ had been completed by the FBI independently, as documented in section *Identification of Suspect #4 (MICHAEL JAFETH MENDOZA VELASQUEZ)*. At the time of the interview of BONILLA, the Apex Police were unaware of this identification. It was obtained from BONILLA directly without assistance.

## 401 Linwood Avenue, Durham, North Carolina (SUBJECT PREMISES)

66. On February 13, 2025, investigators reviewed the Facebook account, "Mendoza Jafeth", attributed to MICHAEL VELASQUEZ. This account was not locked and available to be viewed by the public. A video, posted to the page on January 10, 2025, showed a snowed covered street and panned the area from the point of view of someone standing on the porch of the residence. Investigators determined that the residence that the video was taken from, and posted to VELASQUEZ's Facebook, was the porch of the SUBJECT PREMISES.

67. On February 14, 2025, agents conducted surveillance in the vicinity of the SUBJECT PREMISES, and observed VELASQUEZ departing the residence at 7:25 a.m.

68. On February 18, 2025, a pen register, with geolocation, was authorized in the County of Durham for telephone 984-317-9411, known to be used by DANIEL JUAREZ. The geolocation data, with an accuracy of within 10 meters, clearly indicated that JUAREZ was also living at the SUBJECT PREMISES.

69. On February 25, 2025, agents conducted surveillance and observed VELASQUEZ on front porch of the SUBJECT PREMISES. Agents also observed JUAREZ exit the front door and walk around the front yard of the SUBJECT PREMISES.

70. On February 26, 2025, agents conducted surveillance at the SUBJECT PREMISES and observed the Honda Accord parked in the rear of the SUBJECT PREMISES. The court-authorized geolocation data for telephone 9411, attributed to JUAREZ, indicated the device was located at the SUBJECT PREMISES.

27

71. Based on the above-documented evidence, your affiant asserts that there is probable cause to believe that MICHAEL VELASQUEZ and JOSE DANIEL CARTAGENA-JUAREZ aka DANIEL JUAREZ both reside at the SUBJECT PREMISES. Additionally, based on training, knowledge, and experience your affiant knows that the personal items owned by the suspects, which would be associated with the documented robberies, such as phones and clothing, would be located in their primary residence. Therefore, VELASQUEZ and JUAREZ, having knowingly and intentionally affect commerce by robbery, are in possession of evidence, currently maintained in the SUBJECT PREMISES, of that crime.

## CONCLUSION

72.   Based on the foregoing facts, I further respectfully submit that there is probable

cause to search the SUBJECT PREMISES described in Attachment A to seize evidence,

contraband, fruits, and/or instrumentalities of a crime, namely, violation of 18 U.S.C.

§ 1951, knowingly and intentionally affecting commerce by robbery.

Respectfully submitted,

/S/ Eric Nye
Eric S. Nye, Special Agent
Federal Bureau of Investigation
United States Department of Justice

Dated: ~~February,~~ March 3 2025

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared
before me via reliable electronic means (telephone), was placed under oath, and attested to
the contents of this written affidavit.

JOI E. PEAKE
United States Magistrate Judge
Middle District of North Carolina

29

# ATTACHMENT A

## PREMISES TO BE SEARCHED:

The subject premises, 401 Linwood Avenue, Durham, North Carolina, is a single-family home marked "401" above the mailbox, affixed to the house, to the left of the front door. The house is located at the northeast corner of Linwood Ave and Dawkins Street and is pictured below.



# ATTACHMENT B

*Property to be seized.*

The items to be seized are evidence of a crime, contraband, fruits of crime, or other items illegally possessed, and property designed for use, intended for use, or used in committing a crime, in whatever form and however stored, relating to violation of 18 U.S.C. § 1951, knowingly and intentionally affecting commerce by robbery, committed by MICHAEL VELASQUEZ and JOSE DANIEL CARTAGENA-JUAREZ aka DANIEL JUAREZ ("the Subjects") in the form of:

- Firearms, ammunition, firearm magazines, firearms packaging;
- Cellular telephones, which may be seized, but for which a separate warrant must be obtained to search;
- Laptops and digital storage devices which may be seized, but for which a separate warrant must be obtained to search;
- Documents indicating residency;
- Receipts related to the purchase, use or intended use of firearms;
- Safes or secured storage containers;
- Photographs or other documents showing possession, purchase, and use or intended use of firearms and/or ammunition;
- Documents indicating the subject's motive for involvement in the robberies;

31

- Clothing items known to be used by the subjects during the commission of the robberies on January 23, 2025;

- Items belonging to the victim businesses including, but not limited to, cash drawers, U.S. currency, specific food and/or drink items known to have been stolen, or packaging or remnants of these food and/or drink items.

The seizure and search of safes, both combination and key type, or secured storage containers that could hold documents, devices, and objects such as those described above in this Attachment, and entry into those safes and secured storage containers by force, is authorized by this warrant if such entry cannot easily be achieved by other means, and seizure of the contents, which contain evidence of the commission of the target offense in the forms identified above.